ORDERED.

**Dated: August 17, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re: Case No. 2:24-bk-01088-FMD

ALTA GRACIA RAYMOND, Chapter 13

Debtor.
_________________________________________/

**ORDER GRANTING DEBTOR'S LIMITED MOTION FOR AUTHORIZATION TO FILE FUTURE BANKRUPTCY CASE**

THIS MATTER came before the Court on the Debtor's Limited Motion for Authorization to File Future Bankruptcy Case Doc. No. **24** (the "Motion"). Upon review of the Motion and the record, and being otherwise fully advised, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The Debtor is authorized to file one future bankruptcy case before September 12, 2026.

3. This authorization is limited to the filing of one case.

4. The Debtor shall file complete schedules and statements with the petition and, if the future case is filed under chapter 13, a chapter 13 plan.

5. The Debtor shall pay the required filing fee with the petition.

6. This Order does not constitute a determination concerning confirmation, discharge, claims, liens, valuation, the automatic stay, or any other substantive issue in any future case. Those matters remain subject to review by the Chapter 13 Trustee, creditors, the United States Trustee, and the Court in the future case.

7. Counsel's undertaking is limited to the scope of representation described in the Motion and the parties' written engagement agreement.

8. The Court retains jurisdiction to enforce the terms of this Order.

Attorney Lillianet Mederos Orama is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.